IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**LARRY GIRALDES,**

Plaintiff,

v.

**K. M. PORTER, et al.,**

Defendants.

2:12-cv-00662 EFB

**[PROPOSED] ORDER**

On May 21, 2013, Defendants Porter, Perry, Till, Scogin, Todd, Daley, Hutchings, O'Brien and Virga filed a request for extension of time to file a responsive pleading, explaining that all documentation necessary to determine how to proceed has not yet been received. Defendants further explained that additional time is necessary to prepare a responsive pleading.

**FOR GOOD CAUSE SHOWN**, Defendants are granted an extension of time, up to and including July 12, 2013, in which to file a responsive pleading.

Dated: May 30, 2013

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order  (2:12-cv-00662 EFB)