IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LARRY GIRALDES,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**K. M. PORTER, et al.,**<br><br>　　　　　　　　　　　　Defendants. | 2:12-cv-00662 EFB<br><br>**[PROPOSED] ORDER** |

　　On May 21, 2013, Defendants Porter, Perry, Till, Scogin, Todd, Daley, Hutchings, O'Brien and Virga filed a request for extension of time to file a responsive pleading, explaining that all documentation necessary to determine how to proceed has not yet been received. Defendants further explained that additional time is necessary to prepare a responsive pleading.

　　**FOR GOOD CAUSE SHOWN**, Defendants are granted an extension of time, up to and including July 12, 2013, in which to file a responsive pleading.

Dated: May 30, 2013

　　　　　　　　　　　　　　　　_/s/ Edmund F. Brennan_
　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　	　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE