UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GIRALDES,<br><br>    Plaintiff,<br><br>  v.<br><br>K.M. PORTER, et al.,<br><br>    Defendants. | No. 2:12-cv-0662-EFB P<br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. The court issued its Discovery and Scheduling Order on July 17, 2013. ECF No. 28. On July 23, 2013, plaintiff filed a motion to "stay" all of the deadlines in the schedule because of his placement in administrative segregation. ECF No. 29. The court construes plaintiff's motion for a stay as a motion to modify the schedule.

    A scheduling order may be modified upon a showing of good cause. Fed. R. Civ. P. 16(b). Good cause exists when the moving party demonstrates he cannot meet the deadline despite exercising due diligence. *Johnson v. Mammoth Recreations, Inc*., 975 F.2d 604, 609 (9th Cir. 1992). Here, plaintiff fails to demonstrate how his placement in administrative segregation has interfered with his ability to comply with the court's deadlines. The first deadline imposed by the court's July 17, 2013 schedule was for the parties to serve their discovery requests by August 13, 2013. ECF No. 28. In the instant request, plaintiff claims that his requests for library access

1

have been denied because "only deadlines within 30 days . . . mandate[ ] access." ECF No. 29 at 3. It is not clear what deadlines, if any, plaintiff included in his requests for library access. Further, the court notes that plaintiff does not contend that his requests were improperly denied. Had plaintiff requested library access to meet the August 13, 2013 deadline, then it appears that plaintiff would not have been denied library access based on this "30-day" rule. Thus, plaintiff's motion to modify the schedule is denied because it does not demonstrate good cause or reasonable diligence.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a stay, construed as a motion to modify the Discovery & Scheduling Order (ECF No. 29) is denied.

Dated:  September 20, 2013.

EDMUND F. BRENNAN  
UNITED STATES MAGISTRATE JUDGE