1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                       FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    LARRY GIRALDES,                              No.  2:12-cv-0662-KJM-EFB P

11            Plaintiff,

12        v.                                       ORDER

13    K.M. PORTER, et al.,

14            Defendants.

15

16        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17    U.S.C. § 1983.  On July 17, 2013, the court issued its discovery and scheduling order.  ECF No.

18    28.  On July 23, 2013, plaintiff requested that all dates in the schedule be stayed because he is

19    housed in administrative segregation.  Plaintiff's request is construed as a request to modify the

20    court's scheduling order.  So construed, the request (ECF No. 29) is denied.

21        A scheduling order may be modified upon a showing of good cause.  Fed. R. Civ. P.

22    16(b).  Good cause exists when the moving party demonstrates he cannot meet the deadline

23    despite exercising due diligence.  *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th

24    Cir. 1992).  Plaintiff's placement in administrative segregation, without more, is not a sufficient

25    basis for modifying the dates established by the scheduling order.

26        So ordered.

27    Dated:  October 15, 2013.

28                                        _____
                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE