UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GIRALDES, | No. 2:12-cv-0662-KJM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| K.M. PORTER, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On July 17, 2013, the court issued its discovery and scheduling order. ECF No. 28. On July 23, 2013, plaintiff requested that all dates in the schedule be stayed because he is housed in administrative segregation. Plaintiff's request is construed as a request to modify the court's scheduling order. So construed, the request (ECF No. 29) is denied.

    A scheduling order may be modified upon a showing of good cause. Fed. R. Civ. P. 16(b). Good cause exists when the moving party demonstrates he cannot meet the deadline despite exercising due diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Plaintiff's placement in administrative segregation, without more, is not a sufficient basis for modifying the dates established by the scheduling order.

    So ordered.

Dated: October 15, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE