UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GIRALDES, | No. 2:12-cv-662-KJM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| K.M. PORTER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has filed a motion to compel and a motion to supplement his motion to compel. ECF Nos. 37, 52. Defendants have filed a motion to compel plaintiff's deposition and to modify the discovery and scheduling order. ECF Nos. 39, 40. Pursuant to Local Rule 230(*l*), the motions are set for hearing on Wednesday, August 20, 2014 at 11:00 a.m., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 8, 13th Floor.

Plaintiff shall appear at the hearing via videoconference from his current institution of confinement. A separate order and writ of habeas corpus ad testificandum will issue concurrently with this order.

DATED: July 10, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE