UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY GIRALDES,

      Plaintiff,

vs.

K.M. PORTER, et al.,

      Defendants.

No. 2:12-cv-662-KJM-EFB P

**AMENDED ORDER RDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Larry Giraldes, inmate D-72056, a necessary and material witness in proceedings in this case on August 20, 2014, is confined in California State Prison, Sacramento in Represa, California, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Edmund F. Brennan, to appear by <u>telephone</u> at California State Prison, Sacramento, August 20, 2014 at 11:00 am.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephone before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, California State Prison, Sacramento, P.O. Box 290002, Represa, California, 95671:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephone, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: July 31, 2014.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE