1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  CHRISTOPHER J. BECKER, State Bar No. 230529
   Supervising Deputy Attorney General
3  DEBRA A. FITZSIMMONS, State Bar No. 144590
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 323-2606
6   Fax:  (916) 324-5205
    E-mail:  Debra.Fitzsimmons@doj.ca.gov
7  *Attorneys for Defendants Daly, Virga, Hutchings,
   O'Brien, Perry, Scogin, Todd, Till and Porter*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LARRY GIRALDES,** <br><br> Plaintiff, <br><br> v. <br><br> **K. M. PORTER, et al.,** <br><br> Defendants. | 2:12-cv-662-KJM-EFB P <br><br> **[PROPOSED] AMENDED ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REQUEST FOR ADMISSIONS, SET ONE, AND INTERROGATORIES, SET ONE** <br><br> Judge:         Honorable Edmund F. Brennan <br> Action Filed:  March 15, 2012 |

On September 16, 2014, the Court granted Defendants' request for an extension of time through October 1, 2014 to serve court-ordered further responses to Plaintiff's Request for Admissions, Set One, and Demand for Documents, Set One.  (See ECF No. 65).

/ / /

/ / /

/ / /

1

1    Having been informed that the proposed order submitted by Defendants was incorrect, it
2  is hereby ordered that Defendants' further responses to these discovery requests be served on or
3  before October 31, 2014.

4    **IT IS SO ORDERED.**

5  Dated:  September 19, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2

[Proposed] Amended Order Granting Defendants' First Request for Extension of Time to Respond to Plaintiff's
Request for Admissions, Set One, and Interrogatories, Set One  (2:12-cv-00662 EFB)