KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
DEBRA A. FITZSIMMONS, State Bar No. 144590
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-2606
 Fax: (916) 324-5205
 E-mail: Debra.Fitzsimmons@doj.ca.gov
*Attorneys for Defendants Daly, Virga, Hutchings, O'Brien, Perry, Scogin, Todd, Till and Porter*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LARRY GIRALDES,**<br><br>Plaintiff,<br><br>v.<br><br>**K. M. PORTER, et al.,**<br><br>Defendants. | 2:12-cv-00662 KJM EFB P<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

Plaintiff Larry Giraldes and Defendants Daly, Virga, Hutchings, O'Brien, Perry, Scogin, Todd, Till and Porter have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

/ / /

/ / /

/ / /

1   It is so stipulated.

2   Dated: October 16, 2014
                                            */s/ Larry Giraldes*
3                                           Larry Giraldes,
                                            Plaintiff *Pro Se*

6   Dated: October 16, 2014
                                            */s/ Debra A. Fitzsimmons*
7                                           Debra A. Fitzsimmons
                                            Deputy Attorney General
                                            *Attorneys for Defendants Daly, Virga,*
8                                           *Hutchings, O'Brien, Perry, Scogin, Todd, Till*
                                            *and Porter*

10   In accordance with the parties' stipulation, this action is dismissed with prejudice. The

11   Clerk of the Court shall close the file.  **IT IS SO ORDERED**.

12   Dated: October 21, 2014

                                            _____
                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

SA2013308898
11540835.doc

2