UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GIRALDES, | No. 2:12-cv-662-KJM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| K.M. PORTER, et al., | |
| Defendants. | |

After this civil rights case was closed pursuant to the parties' stipulation of dismissal following a settlement conference, *see* ECF No. 73, plaintiff sent the court two letters asking for help obtaining financial records from 2006-2008.[1] ECF Nos. 74, 75. On April 6, 2015, defendants filed copies of the requested financial records. ECF No. 79. Plaintiff's requests for documents, thus, appear to be moot and the Clerk shall terminate docket entry number 74. Regardless, the court takes no action on plaintiff's filings as this case is now closed. Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

So ordered.

Dated: May 7, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The court initially construed plaintiff's filings as a motion to enforce the terms of the settlement agreement but upon further review, the filings instead appear to be a request for assistance in obtaining certain financial statements. *See* ECF No. 76.